UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| CHANDRA NEMBANG, | : | CASE NO. 21-cv-2403 |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Chandra Nembang seeks judicial review of the Social Security Administration Commissioner's final decision denying her application for Supplemental Security Income.[1]

On October 4, 2022, Magistrate Judge Parker filed a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision.[2] Defendant did not file an objection to the R&R.

The Federal Magistrates Act requires district courts to conduct a *de novo* review only of objected-to portions of an R&R.[3] Absent objection, district courts may adopt an R&R without review.[4] Nevertheless, the Court has reviewed the R&R and concurs in its reasoning and result.

---

[1] Doc. 1 at 1.
[2] Doc. 11 at 1.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id*. at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 21-cv-2430
Gwin, J.

So, the Court **ADOPTS** Magistrate Judge Parker's R&R, and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: January 26, 2023	*s/	James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

-2-